**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6689**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

EVERTON BARTLEY, a/k/a Frederick Alexander Martin, a/k/a
John,

                    Defendant – Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Frank D. Whitney,
Chief District Judge.  (3:00-cr-00210-FDW-4)

_____

Submitted:  September 26, 2013      Decided:  September 30, 2013

_____

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Everton Bartley, Appellant Pro Se. Amy Elizabeth Ray, Assistant
United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everton Bartley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bartley, No. 3:00-cr-00210-FDW-4 (W.D.N.C. Sept. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2